No. 461. Suffin *v.* Pennsylvania Railroad Co. et al. C. A. 3d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 642. Boykin *v.* Alabama. Sup. Ct. Ala. [Certiorari granted, *ante,* p. 820.] Motion of petitioner for the appointment of counsel granted. It is ordered that *E. Graham Gibbons, Esquire,* of Mobile, Alabama, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 646. O'Callahan *v.* Parker, Warden. C. A. 3d Cir. [Certiorari granted, *ante,* p. 822.] Application for bail or release on personal recognizance presented to Mr. Justice Brennan, and by him referred to the Court, denied. *Victor Rabinowitz* for applicant. *Solicitor General Griswold* filed a memorandum for respondent.

No. 670. Banks *v.* California. Ct. App. Cal., 1st App. Dist. [Certiorari granted, *ante,* p. 912.] Motion of petitioner for the appointment of counsel granted. It is ordered that *Thomas J. Klitgaard, Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 678, Misc. Malena *v.* California et al.;
No. 679, Misc. In re Henderson; and
No. 795, Misc. Diamond *v.* Nelson, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 568, Misc. Juliano *v.* Ohio et al.;
No. 591, Misc. Fair *v.* Public Service Commission;
No. 718, Misc. Fair *v.* Taylor, Clerk, Circuit Court of Hillsborough County, et al.; and
No. 786, Misc. In re Kamsler. Motions for leave to file petitions for writs of mandamus denied.